**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:**

STARR INDEMNITY & LIABILITY COMPANY and
STARR SURPLUS LINES INSURANCE COMPANY,

                Plaintiff,

vs.

EWS GROUP, LLC d/b/a EASTERN WASTE SYSTEMS and
EASTERN WASTE SYSTEMS, INC.,

                Defendants.
_____/

**COMPLAINT**

Plaintiffs, Starr Indemnity & Liability Company ("Starr Indemnity") and Starr Surplus Lines Insurance Company ("Starr Surplus"), through their undersigned counsel, hereby sue Defendants EWS Group, LLC d/b/a Eastern Waste Systems ("EWS") and Eastern Waste Systems, Inc. ("Eastern Waste") alleges as follows:

**JURISDICTIONAL ALLEGATIONS**

1. Starr Indemnity is a property and casualty insurance company incorporated in the State of Texas, which maintains its main administrative office and principal place of business at 399 Park Avenue, New York, New York.

2. Starr Indemnity is authorized to do business and does business in the State of Florida.

3. For jurisdictional purposes, Starr Indemnity is a citizen of the states of Texas and New York.

4. Starr Surplus Lines Insurance Company is a surplus lines insurance company incorporated in the State of Texas, which maintains its main administrative office and principal place of business at 399 Park Avenue, New York, New York.

5. Star Surplus is authorized by the Florida Office of Insurance Regulation to write property and casualty business in the state of Florida.

6. Starr Surplus is authorized to do business, and does business, in the State of Florida.

7. For jurisdictional purposes, Starr Surplus is a citizen of the states of Texas and New York

8. EWS is a limited liability company duly organized and existing under the laws of the State of Florida.

9. EWS maintains its headquarters and principal place of business at 1660 NW 19th Avenue, Pompano Beach, Florida.

10. For jurisdictional purposes, EWS is a citizen of the state of Florida.

11. Eastern Waste is a corporation duly organized and existing under the laws of the State of Florida.

12. Eastern Waste maintains its headquarters and principal place of business at 1660 NW 19th Avenue, Pompano Beach, Florida.

13. For jurisdictional purposes, Eastern Waste is a citizen of the state of Florida

14. The amount in controversy between the parties is in excess of Seventy-Five Thousand ($75,000.00) Dollars.

15. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

## FACTUAL ALLEGATIONS

**Policies Issued by Plaintiffs**

1. At the specific request of EWS, Starr Surplus issued a general liability insurance policy, under policy number 1000067031221, that covered the term July 2, 2022 to July 2, 2023 (the "GL Policy").

2. EWS is the only named insured in the GL Policy.

3. At the specific request of EWS, Starr Indemnity issued a commercial automobile liability insurance policy, under policy number 1000626093221, that covered the term July 2, 2022 to July 2, 2023 (the "2022 Auto Policy").

4. EWS is the only named insured in the 2022 Auto Policy.

5. At the specific request of EWS, Starr Indemnity issued a commercial automobile liability insurance policy, under policy number 1000626093231, that covered the term July 2, 2023 to July 2, 2024 (the "2023 Auto Policy").

6. EWS is the only named insured in the 2023 Auto Policy.

**Audit of 2023 Auto Policy**

7. Throughout the 2023 Auto policy term, Starr Indemnity provided EWS with the insurance protection set forth therein.

8. EWS received and accepted the insurance coverage of the 2023 Auto Policy.

9. The 2023 Auto Policy contains a Florida – Composite Rating Plan Premium Endorsement (the "Endorsement").

10. The Endorsement provides that the "premium for this policy will be computed upon a basis as shown below in accordance with our approved rules, rates, rating plans, premiums and minimum premiums and the other policy terms."

11. The composite rates listed in the Endorsement are as follows:

| Coverage (CGL or BA) | Premium Type (S or NS) | Estimated Basis of Premium | Composite Rate(s) | Estimated Premium | Minimum Premium | Deposit Premium |
|---|---|---|---|---|---|---|
| BA | NS | X-heavy Liability - 10 units | $14,477.80 | $146,028 | | $146,028 |
| BA | NS | X-Heavy Phys. Dam -10 units | $1215.30 | $12,153 | | $12,153 |
| BA | NS | Heavy Liability - 76 units | $8,308.98684 | $631,483 | | $631,483 |
| BA | NS | Heavy Phys Dam - 76 units | $817.460526 | $62,127 | | $62,127 |
| BA | NS | Medium Liability - 1 unit | $6,764 | $6,764 | | $6,695 |
| BA | NS | Medium Phys Dam - 1 unit | $217 | $217 | | $217 |
| | | Non-Unit Premium | | $2,390 | | $2,390 |

12. The Endorsement further provides that the number of "Units" shall be the average of the number at policy inception and at policy expiration.

13. After the 2023 Auto Policy's term ended, Starr Indemnity completed an audit of EWS's books and records that related thereto (e.g., Starr confirmed the number of Units at policy inception and policy expiration).

14. After taking the respective averages, the audit determined the final exposure as follows:

| Classification Description | Exposure Type | # of Emp | Estimated Exposure | Final Exposure |
|---|---|---|---|---|
| Extra Heavy Truck - Liability | Units | 0 | 10 | 13 |
| Extra Heavy Truck - Physical Damage | Units | 0 | 10 | 13 |
| Heavy Truck - Liability | Units | 0 | 76 | 74.5 |
| Heavy Truck - Physical Damage | Units | 0 | 76 | 74.5 |
| Medium Truck - Liability | Units | 0 | 1 | 0.5 |
| Medium Truck - Physical Damage | Units | 0 | 1 | 0.5 |
| Light Truck | | 0 | 0 | 1 |
| Light Truck | | 0 | 0 | 1 |
| Final Exposure | | 0 | 174 | 178 |

15. At or around policy inception EWS remitted $861,162.00 as the estimated premium for the 2023 Auto Policy.

16. The audit determined the final premium for the 2023 Auto Policy to be $896,477.00.

4

17. EWS, therefore, remains indebted to Starr Indemnity in the amount of $35,315.00 for the 2023 Auto Policy.

18. EWS has failed and refused to pay the $35,315.00 due for the 2023 Auto Policy.

19. Starr Indemnity has been damaged in the amount of $35,315.00.

**Deductibles Due**

20. EWS has certain obligations to reimburse Starr Indemnity for amounts associated with claims submitted for coverage under the 2022 Auto Policy and 2023 Auto Policy.

21. EWS has certain obligations to reimburse Starr Surplus for amounts associated with claims submitted for coverage under the 2022 GL Policy.

22. In that regard, the policies contain the following deductibles:

    a. 2022 Auto Policy: $25,000.00

    b. 2023 Auto Policy: $25,000.00

    c. 2022 GL Policy:   $5,000.00

23. The 2022 Auto Policy and 2023 Auto Policy each contain the following language:

    > You must reimburse us up to the Deductible Limit(s) shown in the Schedule for any amount we have so paid as damages, benefits or Medical Payments.
    >
    > \*   \*   \*   \*
    >
    > Reimbursement is due and payable within fifteen (15) days of your receipt of an invoice for such reimbursement from us.

24. Pursuant to the terms of the 2022 GL Policy, Starr Surplus may "[p]ay any part or all of the deductible amount to effect settlement of any 'claim' or 'suit', and upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us."

25. Claims were filed under the above-referenced policies.

5

26. Starr Indemnity and Starr Surplus made payments pursuant to the terms of the respective policies for which deductibles are due. A list of the claims, payments made by Starr Indemnity and Starr Surplus, and the deductibles due, is attached hereto as Exhibit A.

**Eastern Waste is the Alter Ego of EWS**

27. Upon information and belief, the members of EWS and the shareholders of Eastern Waste are exactly the same.

28. Upon information and belief, the officers and directors of EWS and Eastern Waste are exactly the same.

29. Upon information and belief, EWS and Eastern Waste operate out of the same location.

30. Upon information and belief, EWS does not maintain its own bank account, has no employees, and does not own any trucks or vehicles.

31. Upon information and belief, EWS has no employees.

32. Upon information and belief, EWS does not conduct any business.

33. Upon information and belief, all trucks and other vehicles insured under the 2022 Auto Policy and 2023 Auto Policy were owned by Eastern Waste.

34. Upon information and belief, Eastern Waste did not lease any of the trucks and other vehicles insured under the 2022 Auto Policy and 2023 Auto Policy to EWS.

35. Upon information and belief, EWS and Eastern Waste do not maintain corporate formalities between themselves.

36. Upon information and belief, the members of EWS and the shareholders of Eastern Waste treat the two entities as one.

37. EWS is dominated and controlled by Eastern Waste to such an extent that EWS's independent existence is in fact non-existent such that Eastern Waste is the alter ego of EWS.

38. The corporate form was used fraudulently or for an improper purpose.

39. The fraudulent or improper use caused Starr's harm.

40. Eastern Waste is responsible for EWS's premium and deductible obligations to Starr Indemnity and Starr Surplus.

## COUNT I
### (Breach of Contract 2022 Auto Policy)

41. Starr Indemnity incorporates by reference paragraphs 1 through 40, as if fully set forth herein.

42. Starr Indemnity fulfilled its contractual obligations and provided the insurance coverage afforded by the 2022 Auto Policy.

43. EWS has failed and refused to pay the amounts due under the 2022 Auto Policy.

44. Through its failure to pay the premiums due Starr Indemnity, EWS has breached the insurance contract between the parties.

45. By reason of the foregoing, Starr Indemnity has sustained damages of $90,317.72, plus interest, and costs.

WHEREFORE, Starr Indemnity demands judgment against Defendants, jointly and severally, in the amount of $90,317.72 for compensatory damages, together with costs of suit, interest, and such other relief as this Court deems just and proper.

## COUNT II
### (Breach of Contract 2022 GL Policy)

46. Starr Surplus incorporates by reference paragraphs 1 through 40, as if fully set forth herein.

47. Starr Surplus fulfilled its contractual obligations and provided the insurance coverage afforded by the 2022 GL Policy.

48. EWS has failed and refused to pay the amounts due under the 2022 GL Policy.

49. Through its failure to pay the deductibles due Starr Surplus, EWS has breached the insurance contract between the parties.

50. By reason of the foregoing, Starr Surplus has sustained damages of $5,000.00, plus interest, and costs.

WHEREFORE, Starr Surplus demands judgment against Defendants, jointly and severally, in the amount of $5,000.00 for compensatory damages, together with costs of suit, interest, and such other relief as this Court deems just and proper.

## COUNT III
### (Breach of Contract 2023 Auto Policy)

51. Starr Indemnity incorporates by reference paragraphs 1 through 40, as if fully set forth herein.

52. Starr Indemnity fulfilled its contractual obligations and provided the insurance coverage afforded by the 2023 Auto Policy.

53. EWS has failed and refused to pay the amounts due under the 2023 Auto Policy.

54. Through its failure to pay the premiums and deductibles due Starr Indemnity, EWS has breached the insurance contract between the parties.

55. By reason of the foregoing, Starr Indemnity has sustained damages of $113,735.19, plus interest, and costs.

WHEREFORE, Starr Indemnity demands judgment against Defendants, jointly and severally, in the amount of $113,735.19 for compensatory damages, together with costs of suit, interest, and such other relief as this Court deems just and proper.

| | |
|---|---|
| Dated: August 26, 2025 | Respectfully submitted, |
| | /s/ David A. Samole |
| | David A. Samole Fla Bar ID #582761 |
| | das@kttlaw.com |
| | Kozyak Tropin & Throckmorton |
| | 2525 Ponce de Leon Blvd., 9th Floor |
| | Miami, FL 33134 |
| | 305.372.1800 |
| | |
| | Attorneys for Starr Indemnity & Liability Company and Starr Surplus Lines Insurance Company |

# EXHIBIT A

| Policy Number | Claim Number | Claimant Name | Date of Loss | Loss Description | Nature of Injury | Indemnity Paid | Deductible | Deductible Previously Reiumbursed | Total due from insured |
|---|---|---|---|---|---|---|---|---|---|
| 1000626093221 | 4A221200HDH0001 | | 11/29/2022 | drivers side window shattered and front fender and drivers side dented and dam | Sideswiped By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093221 | 4A230131VLS0001 | | 11/29/2022 | damage to right side | Failed To Maintain Lane | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093221 | 4A221200HDH0002 | | 11/29/2022 | back injury and headaches | Sideswiped By Ov | $50,000.00 | $25,000.00 | $0.00 | $15,000.00 |
| 1000626093221 | 4A230131VLS0002 | | 11/29/2022 | not listed | Hit Ov On Side | $10,000.00 | $25,000.00 | $0.00 | $10,000.00 |
| 1000626093221 | 4A2212VSPV40001 | | 12/26/2022 | rear end damage | Backed Into By Ov | $33,121.77 | $25,000.00 | $0.00 | $25,000.00 |
| 1000626093221 | 4A230670FDF0002 | | 1/2/2023 | building, economic damages | Miscellaneous Physical Damage | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093221 | 4A230670FDF0001 | | 1/2/2023 | damages 4,566.49 | Miscellaneous Physical Damage | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093221 | 4A24122K6GL0001 | | 1/3/2023 | DR side doo | Miscellaneous Collision | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093221 | C4665D5268000201 | | 1/3/2023 | Passenger door and passenger side mirror broken off. | Miscellaneous Collision | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093221 | C366537382000102 | | 3/9/2023 | IV REAR ENDED OV | Rear-Ended By Ov | $384,000.00 | $25,000.00 | $0.00 | $21,604.89 |
| 1000626093221 | 4A23044BYFD0001 | | 3/9/2023 | Claimant sustained damages on her rear end and trunk. | Rear-Ended By Ov | $3,395.11 | $25,000.00 | $0.00 | $3,395.11 |
| 1000626093221 | 4A2312M1LGR0001 | | 4/15/2023 | 1 wooden electrical poleApproximately 60' of electrical cable | Damaged Vehicle | $7,137.20 | $25,000.00 | $0.00 | $7,137.20 |
| 1000626093221 | 4A2306TCYQF0001 | | 5/11/2023 | unknown | Backed Into By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093221 | 4A2306F39DC0001 | | 6/13/2023 | damage to the roof, front and sliding door | Damaged Vehicle | $8,180.52 | $25,000.00 | $0.00 | $8,180.52 |
| | | | | | | | | $0.00 | $90,317.72 |

| Policy Number | Claim Number | Claimant Name | Date of Loss | Loss Description | Nature of Injury | Indemnity Paid | Allocated Expenses Paid | Total Paid | Deductible | Deductible Previously Paid | Total due from insured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000067031221 | GLSSL0652666 | | 1/2/2023 | Fire at property | Fire | $490,000.00 | $74,136.99 | $564,136.99 | $5,000.00 | $0.00 | $5,000.00 |
| 1000067031221 | GLSSL0692308 | | 1/2/2023 | We hit an FPL powerline on 1/2/23 on private property that we believe the height of the line was below code. | Other | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| | | | | | | | | | | $0.00 | $5,000.00 |

| Policy Number | Claim Number | Claimant Name | Date of Loss | Loss Description | Nature of Injury | Indemnity Paid | Deductible | Deductible Previously Remiumbursed | Total due from insured |
|---|---|---|---|---|---|---|---|---|---|
| 1000626093231 | 4A2307L05HX0001 | | 7/10/2023 | Side panel Damage | Hit On Side By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2307L05HX0002 | | 7/10/2023 | Shoulder and back pain | Hit On Side By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2307L05HX0003 | | 7/10/2023 | Head and right arm | Hit On Side By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | C466532542000102 | | 8/4/2023 | IV BACKED INTO OV THAT PULLED UP BEHIND HIM | Backed Into By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2403S1PMK0001 | | 8/4/2023 | Functional, front end | Backed Into By Ov | $3,476.43 | $25,000.00 | $0.00 | $3,476.43 |
| 1000626093231 | 4A23119ZNRS0001 | | 8/15/2023 | torn down from pole | Misc. Comprehensive | $803.20 | $25,000.00 | $0.00 | $803.20 |
| 1000626093231 | 4A2308SZNYG0001 | | 8/16/2023 | drivers side front door, drivers fender, hood and front bumper | Miscellaneous Collision | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2308HQCYP0001 | | 8/16/2023 | Major damage to truck bed | Failed To Maintain Lane | $1,865.05 | $25,000.00 | $0.00 | $1,865.05 |
| 1000626093231 | C3665A4943000301 | | 9/22/2023 | IV crashed into OV due to being hit by a vehicle that ran a stop sign. | Failure To Yield Rt-Of-Way | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | C3665A4943000201 | | 9/22/2023 | IV crashed into OV due to being hit by a vehicle that ran a stop sign. | Failure To Yield Rt-Of-Way | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | C3665A9179000102 | | 10/6/2023 | Cervical and Lumbar | Rear-Ended By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2310LBVZV0001 | | 10/6/2023 | not provided by reporter | Rear-Ended By Ov | $10,862.83 | $25,000.00 | $0.00 | $10,862.83 |
| 1000626093231 | C466503762000301 | | 12/19/2023 | passenger side front & rear door, rear bumper | Hit Ov On Side | $50,000.00 | $25,000.00 | $0.00 | $25,000.00 |
| 1000626093231 | 4A2401CSY9J0001 | | 12/19/2023 | passenger side front & rear door, rear bumper | Miscellaneous Collision | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | C466503762000201 | | 12/19/2023 | passenger side front & rear door, rear bumper | Sideswiped By Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2403P1K6N0001 | | 3/20/2024 | Multiple damage to car. | Failure To Yield Rt-Of-Way | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2403P1K6N0002 | | 3/20/2024 | Driver deceased. | Failure To Yield Rt-Of-Way | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2403P1K6N0003 | | 3/20/2024 | Passenger deceased. | Failure To Yield Rt-Of-Way | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A24049JRPN0003 | | 3/20/2024 | Died from injuries | Miscellaneous Collision | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A24049JRPN0002 | | 3/20/2024 | Died from injuries | N/A | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | C466545117000201 | | 4/23/2024 | IV backed into OV when trying to get closer to curb. | Backed Into Ov | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2404S0W940001 | | 4/23/2024 | Front end damage. | Backed Into By Ov | $9,316.29 | $25,000.00 | $0.00 | $9,316.29 |
| 1000626093231 | 4A2405GLDJ00001 | | 5/3/2024 | Damage to front of hood. | Miscellaneous Collision | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A2405GLDJ00002 | | 5/3/2024 | Claimant has injuries but they are not specified. Case manager can provide that. | Miscellaneous Collision | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 1000626093231 | 4A240655T6Y0001 | | 5/27/2024 | The grapple on his crane arm bent a water sprinkler pipe used to put out fires a | Hit Stationary Object | $31,481.09 | $25,000.00 | $0.00 | $25,000.00 |
| 1000626093231 | C4665B9810000201 | | 5/27/2024 | pulled the pole out | Hit Stationary Object | $2,096.39 | $25,000.00 | $0.00 | $2,096.39 |
| | | | | | | | | $0.00 | $78,420.19 |